(08/18)

AO 93C  Warrant by Telephone or Other Reliable Electronic Means (Page 2) Return

| Case No.: 3:23-mj-365 | Date and time warrant executed: 9.12.23 / 0600 | Copy of warrant and inventory left with: UNIT 227 |

Inventory made in the presence of: CONNOR PALMATEER

Inventory of the property taken and name(s) of any person(s) seized:

SEE ATTACHED DEA 12

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9-14-23

_Executing officer's signature_

TFO GREGORY A. ORCK
_Printed name and title_

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means ☐ Original ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>1830 Needmore Road<br>Dayton, Ohio, Unit Number 227 (hereinafter<br>referred to as TARGET RESIDENCE 3) | Case No. 3:23-mj-365 |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the    Southern    District of    Ohio
*(identify the person or describe the property to be searched and give its location)*:

SEE ATTACHMENT A-3

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT B

**YOU ARE COMMANDED** to execute this warrant on or before    September 21, 2023    *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to    signatory Magistrate Judge    .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____

Date and time issued:    September 7, 2023 @ 4:07 p.m.

City and state:  Dayton, Ohio         Caroline H. Gentry
                                      United States Magistrate Judge

## ATTACHMENT A

### PROPERTY TO BE SEARCHED

A-3.  **Target Location 3:** 1830 Needmore Road, Dayton, Ohio, Unit Number 227 to include all vehicles of any kind located within. **Target Location 3** is a business storage locker facility. The numbers 1830 are listed in black on the white retaining wall in front of the property. Storage locker 227 is contained in a one-story tan colored brick building. The numerals 227 are listed in black on the door above the locking device.

### OVERALL LOCATION PHOTO



ENTRYWAY TO HALLWAY WITH UNIT 227



UNIT 227



## ATTACHMENT B

## PROPERTY TO BE SEIZED

The items to be searched for and seized are evidence, contraband, fruits of crime, and other items illegally possessed, as well as property designed for use, intended for use, relating to violations of 21 U.S.C. §§ 846 and 841(a)(1) as well as 21 U.S.C. § 843 including, but not limited to:

A. Logbooks, records, payment receipts, notes, and/or customer lists, ledgers, and other papers or electronic records relating to the transportation, ordering, purchasing, processing, and distribution of controlled substances.

B. Papers, tickets, notices, credit card receipts, travel schedules, travel receipts, passports, and/or records, and other items relating to domestic and foreign travel to obtain and distribute narcotics and narcotics proceeds, including, but not limited to airline receipts, vehicle rental receipts, credit card receipts, travel schedules, diaries, hotel receipts, truck logs, travel agency vouchers, notes, records of long-distance telephone calls, e-mail and other correspondence.

C. Address and/or telephone books and papers reflecting names, e-mail and physical addresses and/or telephone numbers of individuals, partnerships, or corporations involved in drug trafficking.

D. Financial records, financial statements, receipts, statements of accounts and related bank records, money, drafts, letters of credit, money orders and cashier's checks receipts, passbooks, bank checks, escrow documents, and other items evidencing the obtaining, secreting, transfer, and/or concealment of assets and the obtaining, secreting, transferring, concealment, and/or expenditure of money.

E. Electronic equipment such as surveillance video and related equipment, pagers, computers, electronic organizers, facsimile machines, cellular telephones, caller ID, telephone answering machines, police scanners and two-way radios, money counters.

F. Cellular telephones, including all associated telephone records and stored electronic data that may be used in the commission of these offenses.

G. United States currency, precious metals, coins bullion, jewelry, and financial instruments, including, but not limited to stocks and bonds.

H. Photographs and/or photographic albums or video tapes and recordings of houses and other real estate, automobiles, and of other assets, persons, and/or controlled substances.

I. Indicia of occupancy, residency, and/or ownership of the premises and vehicles including, but not limited to utility and telephone bills, canceled envelopes, keys, deeds, tax bills, titles, and vehicle registrations.

J. Contraband, such as illegal drugs and other materials, paraphernalia and/or equipment and tools used in the drug trade, including but not limited to heat sealing equipment.

K.  Firearms and ammunition.

# RECEIPT FOR CASH OR OTHER ITEMS

| TO: (Name, Title, Address (including ZIP CODE), if applicable) | CASE NO. | G-DEP |
|---|---|---|
| Renter of 1830 Needmore Road, Dayton, OH unit # 227 | KZ-22-0028 | |

FILE TITLE

| FROM CLAIMANT (IMPREST ONLY): NAME | LAST FOUR DIGITS OF SSN | |
|---|---|---|
| GROUP | | DATE 9/12/23 |
| DIVISION/DISTRICT OFFICE Detroit Division / Dayton RO | | CS NUMBER |
| | | CALENDAR YEAR CAP |
| | | LIFETIME CAP |

| EXTENSION APPROVAL DATE EXTENDED THROUGH: | APPROVER | Title (and printed name/date if not signed digitally) |
|---|---|---|

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 1 | ① Box of .22 Ammunition | Evidence |
| 1 | ② 18 assorted 12 gauge Ammunition | |
| 1 | ③ Assorted 9mm ammunition | |
| 1 | ④ Assorted 45 ammunition | |
| 1 | ⑤ Wooden Stock AK-47 #B14344 | |
| 1 | ⑥ AR-15 style S&W MP-15 #TP10854 | |
| 1 | ⑦ Taurus G2C 9mm Pistol # IC098069 | |
| 1 | ⑧ 12 g shotgun w/ 1 in chamber Model SB #C1114373 | |
| 1 | ⑨ Rock Island Armory Pistol w/magazine #M1911-A1CS | |
| 1 | ⑩ Glock 42 Pistol # AEXS601 | |
| 1 | ⑪ Ruger Security 9 Pistol w/magazine # 385-63039 | |

| First Level Approver | | Title (and printed name/ date if not signed digitally) |
|---|---|---|
| Second Level Approver, if any | | Title (and printed name/ date if not signed digitally) |
| Third Level Approver, if any | | Title (and printed name/ date if not signed digitally) |
| Additional Approver, if any | | Title (and printed name/ date if not signed digitally) |

| RECEIVED BY (Signature) [signature] | NAME, TITLE and DATE C. Palmateer, SA, 91 |
|---|---|
| WITNESSED BY (Signature) [signature] | NAME, TITLE and DATE |

DOCUMENT NUMBER / FISCAL INFORMATION

FORM DEA-12 (Sept 2020)

# RECEIPT FOR CASH OR OTHER ITEMS

**TO:** (Name, Title, Address (including ZIP CODE), if applicable)
Renter of 1830 Needmore Rd, Dayton, OH Unit# 227

**CASE NO.** K2-27-0-28

**G-DEP**

**FROM CLAIMANT (IMPREST ONLY): NAME**

**LAST FOUR DIGITS OF SSN**

**FILE TITLE**

**GROUP**

**DATE** 9/12/23

**DIVISION/DISTRICT OFFICE** Detroit Division / Dayton RO

**CS NUMBER**

**CALENDAR YEAR CAP**

**LIFETIME CAP**

**EXTENSION APPROVAL**
**DATE EXTENDED THROUGH:**

**APPROVER**

Title (and printed name/date if not signed digitally)

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 1 | 12 Glock 26 Pistol #ADYH453 | Evidence |
| 1 | 13 Sig Sauer P220 Elite Pistol & Magazine #G520263 | |
| 1 | 14 Masterpiece Arms MAC-10 9mm #FX25539 | |
| 1 | 15 Mini-Draco #PE-1165-2018 RO | |
| 3 | 16 Blender w/ white powdery residue | |
| 1 | 17 Assorted 9mm ammo from #11 | |
| 1 | 18 Assorted magazines | |
| 1 | 19 Glock 19X box w/ assorted magazines | |
| 1 | 20 Shotgun Shell loaded in #8 | |
| 1 | 21 MCK micro conversion kit GL-26-27 | |
| 1 | 22 Assorted Ammunition | |

**First Level Approver** — Title (and printed name/ date if not signed digitally)

**Second Level Approver, if any** — Title (and printed name/ date if not signed digitally)

**Third Level Approver, if any** — Title (and printed name/ date if not signed digitally)

**Additional Approver, if any** — Title (and printed name/ date if not signed digitally)

**RECEIVED BY (Signature)** [signature]

**NAME, TITLE and DATE**

**WITNESSED BY (Signature)** [signature]

**NAME, TITLE and DATE**

**DOCUMENT NUMBER / FISCAL INFORMATION**

FORM DEA-12 (Sept 2020)

## RECEIPT FOR CASH OR OTHER ITEMS

| TO: (Name, Title, Address (including ZIP CODE), if applicable) | CASE NO. | G-DEP |
|---|---|---|
| Renter of 1830 Needmore Rd, Dayton OH Unit #: 227 | 02-22-0028 | |

| | FILE TITLE |
|---|---|
| **FROM CLAIMANT (IMPREST ONLY):** | |
| NAME | LAST FOUR DIGITS OF SSN |

| GROUP | DATE 9/12/23 |
|---|---|
| **DIVISION/DISTRICT OFFICE** Detroit Division / Dayton RO | CS NUMBER |
| | CALENDAR YEAR CAP |
| | LIFETIME CAP |

| EXTENSION APPROVAL | APPROVER | Title (and printed name/date if not signed digitally) |
|---|---|---|
| DATE EXTENDED THROUGH: | | |

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 1 | 23 Black Samsung Cell Phone | Evidence |
| | Nothing further | |

| | | Title (and printed name/date if not signed digitally) |
|---|---|---|
| First Level Approver | | |
| Second Level Approver, if any | | |
| Third Level Approver, if any | | |
| Additional Approver, if any | | |

| RECEIVED BY (Signature) [signed] | NAME, TITLE and DATE |
|---|---|
| WITNESSED BY (Signature) [signed] | NAME, TITLE and DATE |

**DOCUMENT NUMBER / FISCAL INFORMATION**

FORM DEA-12 (Sept 2020)